## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MILAD ALLAHAM,

        Petitioner

        v.

RAOAEH NADAF,

        Respondent

: No. 201 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.